IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

| | |
|---|---|
| LUIS RODRIGUEZ ) | |
| ) | CRIM 97-29 E |
| VS ) | C.A. 05-109 ERIE |
| ) | |
| UNITED STATES OF AMERICA ) | |

ORDER OF COURT

AND NOW, to wit, this __2nd__ day of __August__ 2005, the Court having received __Motion for Reconsideration and the Issue of Certificate of/for Appealability and Appeal Notice__.

IT IS HEREBY ORDERED THAT the movant file a Memorandum in support on or before _____ 200_, and the Party, ~~XXXXXXX~~ file responsive memoranda on or before __August 22,__ 2005.

*[signature]*

SENIOR DISTRICT JUDGE

Copies to: Counsel of Record

AO 72A
(Rev.8/82)