CPS-200                                             April 20, 2006

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
C.A. No. **05-5355**

IN RE: LUIS MANUEL RODRIGUEZ

Present:    BARRY, SMITH AND NYGAARD, <u>CIRCUIT</u> JUDGES

Submitted is petitioner's application for leave to file a second or successive motion to vacate sentence under 28 U.S.C. § 2255

in the above-captioned case.

                         Respectfully,
                         Clerk

MMW/LLB/lwc
_____ORDER_____
The foregoing application for leave to file a second or successive motion to vacate sentence under 28 U.S.C. § 2255 is denied. Petitioner does not allege any newly discovered evidence. In addition, <u>United States v. Booker</u>, 543 U.S. 220 (2005), has not been made retroactive to cases on collateral review by the Supreme Court and cannot be a basis for a second or successive section 2255 motion. See <u>In re Olopade</u>, 403 F.3d 159 (3d Cir. 2005). <u>Dodd v. United States</u>, 125 S. Ct. 2478 (2005), does not provide a basis for relief on petitioner's <u>Booker</u> claim. See <u>Dodd</u>, 125 S. Ct. at 2483 (recognizing the narrow restrictions imposed by 28 U.S.C. § 2255 ¶ 8(2) on filing a second or successive section 2255 motion). As to his other claim, the Supreme Court dismissed the writ as improvidently granted in <u>Medellin v. Dretke</u>, 544 U.S. 660 (2005), and it has not made the International Court of Justice judgment to which petitioner refers retroactive to cases on collateral review.

                         By the Court,

                         /s/ D. Brooks Smith
                         Circuit Judge

Dated:  May 11, 2006

lwc/cc:   Mr. Luis M. Rodriguez
          Christine A. Sanner, Esq.

**FILED**

MAY 11 2006

CLERK ... COURT
... SYLVANIA