IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.       ) | Criminal No.97-29 |
| ) | |
| JULIO MELENDEZ ) | |

**ORDER**

ON THIS _____ day of _____, 2008, upon consideration of the within Motion to Withdraw Appearance by counsel, and it appearing that no relief is available to defendant Julio Melendez on the grounds that he has been released from custody, and in fact, never even sought relief, the motion should be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that R. Damien Schorr is permitted to withdraw his appearance in this case.

By the Court,

_____
Cohill, J.